**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   HELEN M. SMITH

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                               CASE NO.  3:03-CR-00087-01-JKS

 Dan Maus

PROCEEDINGS: **CLERK'S NOTICE**                      DATE: May 9, 2006

       In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Helen M. Smith.  Any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the court's consideration.

[CLERKNOT.CR]2/98