AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL 

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:03-cr-00087-01-JKS |
| Helen M. Smith **REDACTED** | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6, Room 180 |
|---|---|
| Before: U.S. Magistrate Judge John D. Roberts | Date and Time<br>April 26, 2007 at 1:30 p.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Probation Violation Petition

Charging you with a violation of Supervised Release:

Special Condition #3

Brief description of offense:

Failure to Submit Accurate and Complete Income Tax Returns for the years 1991 through 2003.

Ida Romack, Clerk of Court
Signature of Issuing Officer

April 2, 2007 at Anchorage, AK
Date and Location

**REDACTED SIGNATURE**    erk
                          cer

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]   Date April 10, 2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: State of AK Probation/Parole Office
   REDACTED          REDACTED

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 4/11/2007
            Date

Randy M. Johnson
Name of United States Marshal

*Charlene Wortman*
(by) ~~Deputy United States Marshal~~

Charlene Wortman
U.S. Probation Officer

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.