```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. HELEN M. SMITH_____   CASE NO. 3:03-cr-00087-01-JKS
Defendant: _X_Present _X_On Summons

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         THOMAS BRADLEY

DEFENDANT'S ATTORNEY:            PRO PER

U.S.P.O.:                        CHARLENE WORTMAN

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 336) HELD APRIL 26, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:31 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant.

_X_ Defendant states true name: Same as above.

_X_ Defendant advised of general rights.

_X_ Waiver of Right to Have Attorney Appointed **FILED**.

_X_ Defendant **DENIED** allegation 1 of the Petition to Revoke
    Supervised Release.

_X_ Matter to be referred to U.S. District Judge for:
    _X_ Evidentiary Hearing; defendant needs more then 10 days to
        prepare for the Evidentiary Hearing.

_X_ Personal Recognizance Order **FILED**.

_X_ Order Setting Conditions of Release **FILED**.

_X_ OTHER: Court and counsel heard re plaintiff's oral motion to
release the defendant on her own recognizance; **GRANTED**.

At 1:47 p.m. court adjourned.

DATE:     April 26, 2007         DEPUTY CLERK'S INITIALS:   amk