(Rev 5/07)

# LIST OF EXHIBITS

Case No. 3:03-cr-00087-01-JKS     Judge: **JAMES K. SINGLETON**

Title     United States of America
vs.
          Helen M. Smith

Dates of Hearing/Trial:   May 15, 2007

Deputy Clerk/Recorder:   April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Thomas Bradley | Pro Se |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 5/15/07 | received 11/03  96-02  Tax Forms |  |  |  |  |
| 2 | ✓ | 5/15/07 | Tax Forms for Mr. Sbrusch |  |  |  |  |
| 3 | ✓ | 5/15/07 | Tax forms 92-95 |  |  |  |  |
| 4 | ✓ | 5/15/07 | Presentence Report |  |  |  |  |
| 5 | ✓ |  | Lawsuit 3:07-cv-0025-JWS |  |  |  |  |
| 6 | ✓ | 5/15/07 | letter |  |  |  |  |