```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. HELEN M. SMITH             CASE NO. 3:03-cr-00087-01-JKS
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       THOMAS BRADLEY

DEFENDANT'S ATTORNEY:          PRO SE

U.S.P.O.:                      ERIC ODEGARD

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD MAY 15, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:36 p.m. court convened.

Court advised defendant of rights and penalties.

Opening Statement heard.

Eric D. Odegard sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1-4 **ADMITTED.**

Ronald G. Chan sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 5 **IDENTIFIED.** Plaintiff's exhibit 6 **ADMITTED.**

Helen M. Smith sworn and testified on her own behalf.

Court found the defendant in violation of allegation 1 of the Petition to Revoke Supervised Release. Referred to P.O. for Pre-Disposition Report. Final Disposition Hearing on Petition to Revoke Supervised Release set for **July 10, 2007 at 1:30 p.m.**

Defendant's conditions of release remain as previously set.

List of Exhibits and List of Witnesses filed separately.

At 3:11 p.m. court adjourned.

All original exhibits retained by counsel.

DATE:       May 15, 2007          DEPUTY CLERK'S INITIALS:   amk