In the District Court of the United States
For the District of Alaska

| The United States of America, | ) |
|---|---|
| Plaintiff, | ) |
| | ) Civil number _____ |
| Vs. | ) case # 3:03-cr-00087-JKS-1 |
| Helen M. Smith, | ) |
| Defendant. | ) |

### Order

Today the Court considers Helen M. Smith's motion to vacate materially all of case # 3:03-cr-00087-JKS-1. Whereas the United States has had notice and opportunity to show, where, on the record, the United States established standing to file a complaint against Helen M. Smith; and whereas, the United States is unable to cite, from the record made in case # 3:03-cr-00087-JKS-1 and not on a record which is theoretically possible, the statute which makes Helen M. Smith subject to and liable for a tax, materially all of case # 3:03-cr-00087-JKS-1 is declared void and vacated.

_____                    _____
Date                                For the district court