```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. HELEN M. SMITH            CASE NO. 3:03-cr-00087-01-JKS
Defendant:  X Present  X On Bond
U.S.A. vs. LEROY L. SBRUSCH           CASE NO. 3:03-cr-00087-02-JKS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         CRANDON RANDELL AND THOMAS BRADLEY

DEFENDANT'S ATTORNEY:            PRO SE

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: STATUS CONFERENCE (FINAL DISPOSITION HEARING RE: PETITION TO REVOKE SUPERVISED RELEASE HELD JULY 10, 2007:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:38 p.m. court convened.

Brenda Cox sworn and testified on behalf of defendants Smith and Sbrusch.

Court and counsel heard re defendant's oral motion to continue hearing; **GRANTED**. Final Disposition Hearing on Petition to Revoke Supervised Release set for **July 26, 2007 at 1:30 p.m.** Court instructed defendants Smith and Sbrusch to execute limited powers of attorney authorizing their bookkeeper to communicate with the Internal Revenue Service, Mr. Fleiser, and Mr. Dieni with regard to gathering records and to file with the court, U.S. Attorney's Office, and U.S. Probation Office no later than **July 23, 2007** their proposed accurate tax returns for the years 1996 and 1997 and a statement from their bookkeeper regarding what else needs to be done for 1998.

Defendants Smith and Sbrusch's conditions of release remain as previously set.

List of Witnesses filed separately.

At 2:34 p.m. court adjourned.

DATE:     July 10, 2007         DEPUTY CLERK'S INITIALS:    amk

Revised 6-18-07