In the District Court of the United States
For the District of Alaska

**RECEIVED**
JUL 25 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| The United States of America, ) | |
|     Plaintiff, ) | |
| Vs. ) | case # 3:03-cr-00087-JKS-1 |
| Helen M. Smith, ) | |
|     Defendant. ) | |

<u>Helen M. Smith notices this Court under authority of F.R.E. r 201(d)</u>

notice

This Court is noticed: the Internal Revenue Service has finally determined Helen M. Smith's tax bills for years from 1991 through 1999. This Court has erroneously presumed a much higher tax bill for Helen M. Smith, a procedural and legal impossibility as only the IRS has power to audit Helen M. Smith and inform this Court of Helen M. Smith's final tax bill. See exhibit.

It is also a fact worthy of judicial notice that this Court is deprived of jurisdiction as jurisdiction has been ceded to the Ninth Circuit Court of Appeals. Refer to petition numbered as 9th Cir. - No. 07-72669.

*Helen M. Smith*

Prepared and submitted by Helen M. Smith

<u>Certificate of mailing</u>

I, Helen M. Smith, certify that I mailed a true and correct copy of the above and foregoing motion to vacate to: the U.S. Attorney's office at 222 West 7th Avenue, Anchorage, Alaska 99513.

*Helen M. Smith*

Helen M. Smith

1

Copies to:

Alberto R. Gonzales, Attorney General of the United States (or acting A.G.)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Congressman John Conyers, Jr.
2615 West Jefferson
Trenton, Michigan 48183

Associate Justice Stephen G. Breyer, Chair
Judicial Conduct and Disability Act Study Committee
Supreme Court of the United States
One First Street N.E.
Washington, D.C. 20543

Fred Hiatt
C/O The Washington Post
1150 15th Street N. W.
Washington, D.C. 20071