| Internal Revenue Service | Department of the Treasury |
|---|---|

Date: JUL 1 6 2007

Helen Smith
P.O. Box 870184
Wasilla, AK 99687

Social Security or Employer Identification
Number:    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

Form:    1040

Period(s):    1991, 1992, 1993, 1994, 1995,
1996, 1997, 1998

Person to Contact:  90 Day Notices Clerk

Contact Telephone Number: (206) 220-5955

Employee Identification Number: Not Applicable

Refer Reply to:  MS W 140

Dear Helen Smith;

We've completed the examination of your tax return for the year(s) shown above. We made no changes to your reported tax.

This letter is the final notice you'll receive regarding your examination unless you are a shareholder in a subchapter S corporation, a beneficiary of a trust, or a partner in a partnership. We may examine the tax return of a subchapter S corporation, trust, or partnership in which you are involved later and find that we have to make changes to the return. Those changes could affect your return(s) and we may have to change your return. Otherwise, this is the final notice you will receive regarding this examination.

Please write or call the person whose name and telephone number appear at the top of this letter with any questions you may have. The telephone number above is not a toll free call. If the number is outside your local calling area, you may call the IRS telephone number listed in your local directory instead to avoid long distance charges. An employee at that office may have enough information to help you, but this office is the one most familiar with your case.

Please include your area co___ ...d telephone number, the best time for us to call you and a copy of this letter whenever you write us.

You may want to keep a copy of this letter for your records. Thank you for your cooperation.

Sincerely Yours

Tim Conley

Technical Services Territory Manager

Exhibit

Letter 590 (DO) (Rev. 8-2000)
Cat. No. 40261Z