

**U.S. Department of Justice**

**Tax Division**

RTM:JAM:AH:KQuesnel:sas
5-6-2272
2003200395

*Washington, D.C. 20530*

July 17, 2007

FEDERAL EXPRESS:

Cathy A. Catterson, Esquire
Clerk, U.S. Court of Appeals
   for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

       Re: United States v. Helen M. Smith
          (9th Cir. - No. 07-72669)

Dear Ms. Catterson:

    The above-entitled case has been appealed to your Court and will be briefed and argued and otherwise handled directly from this office rather than the United States Attorney's Office. Please advise this office of any information in connection with this case and advise us directly if the case is set for argument.

    We are enclosing appearance forms entering our appearances on behalf of the Appellee. This case has been assigned to Karen M. Quesnel, who may be reached at (202) 514-5396.

                                Sincerely yours,

                                Richard T. Morrison
                                Acting Assistant Attorney General
                                Tax Division

                 By: *[signature]*
                                Alan Hechtkopf
                                Chief, Criminal Appeals &
                                    Tax Enforcement Policy Section
                                Tax Division
                                Department of Justice
                                P.O. Box 502
                                Washington, D.C. 20044
                                (202) 514-5396

Enclosures
see next page

- 2 -

cc: Helen M. Smith, Pro Se
P.O. Box 870184
Wasilla, Alaska 99687

Nelson P. Cohen, Esq.
United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9 room 253
Anchorage, Alaska 99513-7567

2414471.1

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Case No. 07-72669

United States of America

                                  Appellee

vs.

Helen M. Smith

                                  Appellant

The Clerk will enter my appearance for The United States.

Karen M. Quesnel, Esquire
Tax Division
Department of Justice
Post Office Box 502
Washington, D.C. 20044
Telephone: (202) 514-5396

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Case No. 07-72669

United States of America

                                          Appellee

vs.

Helen M. Smith

                                          Appellant

The Clerk will enter my appearance for The United States.

*/s/ Alan Hechtkopf*
Alan Hechtkopf, Esquire
Tax Division
Department of Justice
Post Office Box 502
Washington, D.C. 20044
Telephone: (202) 514-5396