```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  __HELEN M. SMITH__   CASE NO. __3:03-CR-00087-01-JKS__
Defendant: _X_ Present _X_ On Summons
U.S.A. vs.  __LEROY L. SBRUSCH__  CASE NO. __3:03-CR-00087-02-JKS__
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:            JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:           SAMANTHA LARK/CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         CRANDON RANDELL

DEFENDANT'S ATTORNEY:            PRO SE

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: CONTINUED FINAL DISPOSITION HEARING REGARDING
             PETITION TO REVOKE SUPERVISED RELEASE (DKT 336 AND
             DKT 337) HELD:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

_X_ Supervised Release revoked for defendants Smith and Sbrusch.

_X_ Defendant Smith and defendant Sbrusch imprisoned for a period of _9 Months._  NO TERM OF SUPERVISION TO FOLLOW.

_X_ Defendant Smith and defendant Sbrusch remanded to the custody of the U.S. Marshal.

_X_ OTHER: Court and counsel heard re sentencing comments, findings, fact and sentencing.

At 2:06 p.m. court adjourned.

DATE:   July 26, 2007        DEPUTY CLERK'S INITIALS: SAL/CME

Revised 6-18-07