# *AMENDED
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __HELEN M. SMITH__  CASE NO. __3:03-CR-00087-01-JKS__
Defendant: _X_ Present _X_ On Summons
U.S.A. vs. __LEROY L. SBRUSCH__ CASE NO. __3:03-CR-00087-02-JKS__
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:         SAMANTHA LARK/CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       CRANDON RANDELL

DEFENDANT'S ATTORNEY:          PRO SE

U.S.P.O.:                      ERIC ODEGARD

PROCEEDINGS: CONTINUED FINAL DISPOSITION HEARING REGARDING
             PETITION TO REVOKE SUPERVISED RELEASE (DKT 336 AND
             DKT 337) HELD *07/26/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

_X_ Supervised Release revoked for defendants Smith and Sbrusch.

_X_ Defendant Smith and defendant Sbrusch imprisoned for a period of _9 Months. NO TERM OF SUPERVISION TO FOLLOW._

_X_ Defendant Smith and defendant Sbrusch remanded to the custody of the U.S. Marshal.

_X_ OTHER: _Court and counsel heard re sentencing comments, findings, fact and sentencing._

At 2:06 p.m. court adjourned.

*Amended Information


DATE:    July 30, 2007            DEPUTY CLERK'S INITIALS: _SAL/CME_

Revised 6-18-07