**FILED**

FEB 19 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: HELEN M. SMITH. | No. 07-72669 |
| HELEN M. SMITH, | D.C. No. CR-03-00087<br>District of Alaska,<br>Anchorage |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |

**RECEIVED**

FEB 25 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is

**DENIED.**

MOATT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 19 2008

by: Deputy Clerk