**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   HELEN M. SMITH

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                                              CASE NO.  3:03-cr-00087-01-JKS

Linda Christensen

PROCEEDINGS: **ORDER FROM CHAMBERS**

On May 9, 2006, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration.

No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

                                                        ENTERED AT JUDGE'S DIRECTION
DATE:  April 9, 2008                                    INITIALS:   lsc
                                                                  Deputy Clerk

[]{IA.WPD*Rev.12/96}