RECEIVED
APR 24 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# U.S. DISTRICT COURT
## District of Alaska (Anchorage)

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>Helen M. Smith<br>Defendant | Case #: 3:03-cr-00087-JKS<br><br>Motion:<br>Return of expired U.S. Passport |

Defendant, Helen M. Smith, is requesting the return of her U.S. Passport, without original reciept. Please mail to: P.O. Box 870184 Wasilla, Alaska 99687

_Helen M. Smith_

Date: 4-24-08