# U.S. DISTRICT COURT

## District of Alaska (Anchorage)

| | |
|---|---|
| UNITED STATES<br>of<br>America<br><br>V.<br><br>Helen M. Smith<br>Defendant | Case #: 3:03-cr-00087-JKS<br><br>ORDER:<br>Return of expired<br>U.S. passport |

## ORDER

It is ordered that the expired U.S. Passport be returned to Helen M. Smith, without original reciept.

Judge _____

Date _____